UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin Kennedy and Cynthia Kennedy, | Court File No. 07-2266-PAM-JSM |
| Plaintiffs, | |
| v. | |
| Mallinckrodt, Inc., a foreign corporation; Life Insurance Company of North America; CIGNA Group Insurance; and CBCA Administrators, Inc., a foreign corporation, | **ORDER OF PARTIAL DISMISSAL** |
| Defendants. | |

Pursuant to Stipulation of Plaintiffs and Defendants,

IT IS HEREBY ORDERED that

1. Plaintiffs' Complaint as to CIGNA Group Insurance be dismissed without prejudice in its entirety.

2. That Counts One, Two, Three Four, Five and Six of Plaintiffs' Complaint as against Defendants be dismissed with prejudice and on their merits.

Dated: January 31, 2007            BY THE COURT:


　s/Paul A. Magnuson
The Honorable Paul A. Magnuson
United States District Court Judge