UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kevin Kennedy and Cynthia Kennedy,       Civil No. 07-2266 (PAM/JSM)

Plaintiffs,

v       **ORDER**

Mallinckrodt, Inc., Life Insurance
Company of North America, and
CBCA Administrators, Inc.,

Defendants.

The parties have executed a Stipulation of Dismissal with Prejudice. Accordingly, **IT IS HEREBY ORDERED** that judgment be entered dismissing the Plaintiffs' claims against Defendants, with prejudice, and without costs or disbursements being assessed or charged to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   October 21, 2008

                                          *s/Paul A. Magnuson*
                                          Paul A. Magnuson
                                          United States District Court Judge